```
1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant TRAN-TU
```

FILED

NOV 18 2009

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-70225 HRL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| LANH TRAN-TU, | |
| Defendant. | |

## STIPULATION

Defendant Lanh Tran-Tu, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through Assistant United States Attorney Gary G. Fry, hereby stipulate that, with the Court's approval, the court date currently scheduled for Thursday, November 19, 2009, shall be continued to Thursday, December 3, 2009, at 1:30 p.m.

The purpose of the continuance is to accommodate defense counsel's out-of-district medical treatment.

The parties agree that the time between November 19, 2009, and December 3, 2009, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

1  The defense further agrees to extend the time for preliminary hearing beyond the 20 days
2  prescribed under Rule 5.1(c) and (d) of the Federal Rules of Criminal Procedure.
3  IT IS SO STIPULATED.

5  Dated: November 17, 2009

                                    /s/
7                                   NICHOLAS P. HUMY
                                    Assistant Federal Public Defender

9  Dated: November 17, 2009

                                    /s/
                                    GARY G. FRY
11                                  Assistant United States Attorney

### FRCP 5.1 WAIVER

Pursuant to Rule 5.1(c) and (d) of the Federal Rules of Criminal Procedure, I, Lanh Tran-Tu, hereby waive my right to have a preliminary hearing scheduled within 20 days of my initial appearance.

Dated:

                                    /s/
                                    LANH TRAN-TU

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for November 19, 2009, shall be continued to Thursday, December 3, 2009, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between November 19, 2009, and

Stipulation and [Proposed] Order
CR-09-70225 HRL                     2

December 3, 2009, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between November 19, 2009, and December 3, 2009, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between November 19, 2009, and December 3, 2009, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

THE COURT FURTHER FINDS that there is good cause to extend the time for a preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases, and that the defendant has consented to an extension.

THEREFORE, IT IS HEREBY ORDERED that, pursuant to Fed. R. Crim. P. 5.1(d), the time for preliminary hearing is extended beyond the 20 days prescribed by Rule 5.1(c).

IT IS SO ORDERED.

Dated: 11/18/09

THE HONORABLE ~~HOWARD R. LLOYD~~
United States Magistrate Judge

Stipulation and [Proposed] Order
CR-09-70225 HRL                                3